IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Martin Ian Cutler - #139536 | No. C 14-80071 WHA<br><br>**ORDER OF SUSPENSION** |

Because Martin Ian Cutler has failed to respond to the order to show cause, Mr. Cutler's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: May 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE